FILED
JAN 31 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL RAMIREZ,

    Defendant.

Case No. 14CR0213 AJB

I N F O R M A T I O N

Title 41, U.S.C., Secs. 52, 53, & 54 — **Anti-Kickback Act Violation**[1]

The United States Attorney charges:

Count 1

On or about December 17, 2010, within the Southern District of California, defendant MANUEL RAMIREZ knowingly and willfully provided a kickback (that is, a $9,500 check) to a prime contractor employee (who was not a government official) in order to improperly obtain and reward favorable treatment in connection with a subcontract relating to a prime contract; in violation of Title 41, United States Code, Sections 52, 53, and 54 (recodified at Title 41, United States Code, Sections 8701, 8702, and 8707).

DATED: January 31, 2014.

LAURA E. DUFFY
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney

---

[1] On January 4, 2011, the Anti-Kickback Act was recodified at 41 U.S.C. §§ 8701, 8702, and 8707.