

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL RAMIREZ,<br><br>    Defendant. | Case No.: 14CR0213-AJB<br><br>**NOTICE OF RELATED CASE** |

**TO THE CLERK OF THE COURT:**

    Please take notice that the above entitled case is related to United States v. Natividad Lara Cervantes, aka Nate Cervantes, Case No. 13CR1345-AJB, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

    ___ (1) More than one indictment or information is filed or pending against the same defendant or defendants:

    _X_ (2) prosecution against different defendants arises from,

        ___ (a) a common wiretap,

        _X_ (b) a common search warrant,

        _X_ (c) activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: January 22, 2014

CINDY M. CIPRIANI — Acting
Acting United States Attorney