FILED
JAN 31 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>   v.<br><br>MANUEL RAMIREZ,<br><br>   Defendant. | Case No. 14-cr-0213-AJB<br><br>WAIVER OF INDICTMENT |

I, MANUEL RAMIREZ, understand I am accused of an **Anti-Kickback Act Violation (felony)** in violation of 41 U.S.C. §§ 52, 53, and 54 (recodified at Title 41, United States Code, Sections 8701, 8702, and 8707).

Being advised of the nature of the charges, the proposed information, and of my rights, I hereby waive in open court on **January 31, 2014**, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MANUEL RAMIREZ
Defendant

_____
RUSSELL S. BABCOCK / Ryan T. Jerdock
Counsel for Defendant

Before: _____
Hon. DAVID H. BARTICK
U.S. Magistrate Judge