# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 14 CR 0213-AJB |
| vs | ) | ABSTRACT OF ORDER |
| Manuel Ramirez | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/31/14__
the Court entered the following order:

41: 52, 53 & 54 - Anti-Kickback Act Violation

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __20,000 PS__ bond posted.

__X__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**DAVID H. BARTICK**
**UNITED STATES FEDERAL JUDGE**
OR
**JOHN MORRILL, Acting Clerk**
By _Averill_   **A. EVERILL**
Deputy Clerk

Received _____ /s/ _____ DUSM

Crim-9 (Rev. 8-11)

CLERK'S COPY