UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>v.<br>MANUEL RAMIREZ,<br>               Defendant. | Case No. 14cr0213 AJB<br><br>ORDER ACCEPTING GUILTY PLEA |

    No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Bartick are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Information filed January 31, 2014.

    IT IS SO ORDERED.

DATED: February 13, 2014

                                                            Hon. Anthony J. Battaglia
                                                            U.S. District Judge