PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                                                                                    Crim. No. 14CR00213-001-AJB

Manuel Ramirez

On **April 25, 2014,** the above-named was placed on **probation** for a period of **five** years. The offender is deemed a low risk of recidivism, has complied with the rules and conditions of probation and is no longer in need of supervision. Accordingly, it is recommended that the offender be discharged from probation.

Respectfully submitted,

_____
Mark R. Reinhardt
Assistant Deputy Chief U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this __5th__ day of __August__, 20__15__.

_____
The Honorable Anthony J. Battaglia
U.S. District Judge